

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00366-CV

| | | |
|---|---|---|
| DARYL GREG SMITH, INDIVIDUALLY AND AS PARTNER/MEMBER/MANAGER/OWNER AND/OR ALTER EGO OF: CADDOA CREEK RANCH, LLC, CANADIAN RIVER RANCH PARTNERSHIP, CANADIAN RIVER RANCH PARTNERS, CANADIAN RIVER RANCH LLC, SMITH LAND & CATTLE GP, LLC, SMITH RANCHING LTD, HIGH POINT RANCH, LLC, LAKESIDE RANCH BC, LLC, SMITH RANCH MERIDIAN, LLC, C2S PROPERTY HOLDINGS, LLC, DD FARMS, LLC, MAC AG PROPERTIES, LLC, SMITH ROYALTIES, LLC, AND THE SMITH IRREVOCABLE TRUST; AND CADDOA CREEK RANCH, LLC; AND DAREN KEITH REED, INDIVIDUALLY AND A PARTNER/MEMBER/MANAGER AND/OR OWNER OF: CANADIAN RIVER RANCH LLC, AND CADDOA CREEK RANCH, LLC, Appellants | § § § § § § § § § § § § | On Appeal from the 325th District Court<br><br>of Tarrant County (325-584465-15)<br><br>June 6, 2019 |
| V. | § | |
| KAREN ANNETTE SMITH, Appellee | § | Opinion by Justice Gabriel |

# JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
Justice Lee Gabriel